UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 30, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROSE MARIE SEGALE

Defendant.

Case No. 2:19-cr-00014-GEB-02

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROSE MARIE SEGALE Case No. 2:19-cr-00014-GEB-02 Charge 18 USC § 371, 1029(a)(3), 1029(a)(2), 1028A(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000 co-signed by sister, Elizabeth Escamilla-Apodaca

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): To be released on 1/31/2019 at 9:00 AM to the custody of Pretrial Services to Well Space Residential Treatment Program. Pretrial Service conditions as stated on the record in open court.

Issued at Sacramento, California on January 30, 2019 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman