KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ROSE MARIE SEGALE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    ) No. 19-CR-00014-GEB
                                             )
            Plaintiff,                       ) STIPULATION AND ORDER FOR
                                             ) TELECONFERENCE APPEARANCE BY
                                             ) DEFENDANT
v.                                           )
                                             )
ROSE MARIE SEGALE.                           ) Date:  April 17, 2019
                                             ) Time:  2:00 pm.
            Defendants.                      ) Judge:  Honorable Kendall J. Newman
                                             )
                                             )
                                             )
_____

        IT IS HEREBY stipulated between the United States of America through its undersigned

counsel, Miriam Hinman, Assistant United States Attorney, attorney for plaintiff, and Kyle

Knapp, attorney for defendant Rose Marie Segale that the defendant be allowed to appear via

teleconference from the pretrial services office in the Federal courthouse in Fresno, California for

the April 17, 2019 status conference regarding treatment.  Her pretrial services officer, Steven

Sheehan, joins in this request.  Ms. Segale is currently in a program located in Fresno, California

and she has arranged transportation to the pretrial services office on April 17, 2019.

//

//

1

IT IS SO STIPULATED.

Dated: April 9, 2019                          McGREGOR W. SCOTT
                                              UNITED STATES ATTORNEY

                                   by:        /s/ Miriam Hinman
                                              MIRIAM HINMAN
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

Dated: April 9, 2019                          /s/ Kyle R. Knapp
                                              KYLE KNAPP
                                              Attorney for Defendant
                                              ROSE MARIE SEGALE

# ORDER

The Stipulation of the parties is hereby accepted and the defendant's request for a telephonic appearance on April 17, 2019, is GRANTED. Magistrate Judge Newman's courtroom deputy will provide counsel and pretrial services the instructions to appear by telephone.

**IT IS SO ORDERED**.

Dated: April 9, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE