**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for ROSE MARIE SEGALE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00014-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO** CONTINUE JUDGEMENT AND SENTENCING |
| ROSE MARIE SEGALE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Miriam Hinman, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, Rose Marie Segale, that the previously scheduled sentencing date of May 7, 2020, be vacated and the matter set for sentencing on June 25, 2020 at 10:00am.

This continuance is requested to allow counsel additional time to provide materials to probation and to research several issues in order to address the guideline analysis. I have contacted Ms. Hinman and Ms. Modica and they have no objection to the additional time needed to finalize this case.

In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – June 25, 2020; Reply or Statement of Non - Opposition to Motion to Correct PSR due

//
//

June 4, 2020; Motion to Correct PSR due May 28, 2020; Final PSR due May 21, 2020, 2017; and Informal Objections due May 14, 2020,  The draft PSR has been filed.

Dated: April 8, 2020                                         Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Rose Marie Segale

Dated: April 8, 2020                                         Respectfully submitted.

   /s/ Miriam Hinman
Miriam Hinman
Assistant U.S. Attorney
Attorney for Plaintiff

    IT IS SO ORDERED.

Dated:  April 9, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE