**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for ROSE MARIE SEGALE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ROSE MARIE SEGALE,<br><br>               Defendant. | CASE NO.   19-CR-00014-MCE<br><br>**STIPULATION AND ORDER TO**<br>CONTINUE JUDGEMENT AND SENTENCING |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Miriam Hinman, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, Rose Marie Segale, that the previously scheduled sentencing date of June 25, 2020, be vacated and the matter set for sentencing on July 9, 2020 at 10:00am.

     This continuance is requested to allow counsel additional time to provide materials to probation and to research several issues in order to address the guideline analysis. I have contacted Ms. Hinman and Ms. Modica and they have no objection to the additional time needed to finalize this case. In addition, counsel seeks, if possible, to have the hearing live and not via video-conference or Zoom call.

///

///

///

In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – July 9,2020; Reply or Statement of Non - Opposition to Motion to Correct PSR due July 2, 2020; Motion to Correct PSR/Formal Objections due June 25, 2020.  The final PSR has been filed.

Dated: June 3, 2020                                                  Respectfully submitted.

                                                         /s/ Kyle R. Knapp
                                                       Kyle R. Knapp
                                                       Attorney for Defendant, Rose Marie Segale

Dated: June 3, 2020                                                  Respectfully submitted.

                                                         /s/ Miriam Hinman
                                                       Miriam Hinman
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

    IT IS SO ORDERED.

Dated:  June 9, 2020

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE