**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2^(ND) Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for ROSE MARIE SEGALE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   19-CR-00014-MCE |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER TO** |
| ) | CONTINUE JUDGEMENT AND SENTENCING |
| ROSE MARIE SEGALE, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Miriam Hinman, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, Rose Marie Segale, that the previously scheduled sentencing date of August 13, 2020, be vacated and the matter set for sentencing on September 24, 2020 at 10:00am.

This continuance is requested to allow counsel additional time to provide materials to probation and to research several issues in order to address the guideline analysis.  I have contacted Ms. Hinman and Ms. Modica and they have no objection to the additional time needed to finalize this case.  In addition, counsel seeks, if possible, to have the hearing live and not via video-conference or Zoom call.

///

///

In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – September 24, 2020; Reply or Statement of Non - Opposition to Motion to Correct PSR due September 17, 2020; Motion to Correct PSR/Formal Objections due September 10, 2020. The final PSR has been filed.

Dated: July 29, 2020                                         Respectfully submitted.

    /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Rose Marie Segale

Dated: July 29, 2020                                         Respectfully submitted.

    /s/ Miriam Hinman
Miriam Hinman
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: August 3, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE