1  **KYLE R. KNAPP**
   **Attorney at Law**
2  California State Bar No. 166597
   916 2ND Street, 2nd Floor
3  Sacramento, CA 95814
   Telephone:(916) 441-4717
4

5  Attorney for ROSE MARIE SEGALE

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )  CASE NO.   19-CR-00014-MCE
                                        )
11                         Plaintiff,   )
                                        )
12                                      )
    v.                                  )
13                                      )  **STIPULATION AND ORDER TO**
                                        )  CONTINUE JUDGEMENT AND SENTENCING
14  ROSE MARIE SEGALE,                  )
                                        )
15                         Defendant.   )
                                        )
16  _____     )

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19  counsel, Miriam Hinman, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney

20  for defendant, Rose Marie Segale, that the previously scheduled sentencing date of December 3, 2020, be

21  vacated and the matter set for sentencing on January 7, 2021 at 10:00am.

22      This continuance is requested to allow counsel additional time to provide materials to probation

23  and to research several issues in order to address the guideline analysis.   I have contacted Ms. Hinman

24  and Ms. Modica and they have no objection to the additional time needed to finalize this case.   In

25  addition, counsel seeks, if possible, to have the hearing live and not via video-conference or Zoom call.

26  If that cannot be avoided, there are logistics that need to be resolved with defendant's family to do it via

27  Zoom.

28

In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – January 7,2021; Reply or Statement of Non - Opposition to Motion to Correct PSR due December 21, 2020; Motion to Correct PSR/Formal Objections due December 14, 2020.  The final PSR has been filed.

Dated: November 13, 2020                                    Respectfully submitted.


                                                                  /s/ Kyle R. Knapp
                                                                 Kyle R. Knapp
                                                                 Attorney for Defendant, Rose Marie Segale



Dated: November 13, 2020                                    Respectfully submitted.


                                                                  /s/ Miriam Hinman
                                                                 Miriam Hinman
                                                                 Assistant U.S. Attorney
                                                                 Attorney for Plaintiff


        IT IS SO ORDERED.

Dated:  November 16, 2020


_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

19CR14-MCE