1 **KYLE R. KNAPP**
**Attorney at Law**
2 California State Bar No. 166597
916 2ND Street, 2nd Floor
3 Sacramento, CA 95814
Telephone:(916) 441-4717
4

5 Attorney for ROSE MARIE SEGALE

6

7
UNITED STATES DISTRICT COURT
8
EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, ) CASE NO.   19-CR-00014-MCE
                                )
11 |                 Plaintiff,  )
                                )  STIPULATION AND ORDER TO
12 |                             )  CONTINUE JUDGEMENT AND SENTENCING
   | v.                          )
13 |                             )
                                )
14 | ROSE MARIE SEGALE,           )
                                )
15 |                 Defendant.  )
                                )
16 | _____    )

17

18    IT IS HEREBY STIPULATED by and between the parties hereto through their respective
19 counsel, Mira Chernick, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for
20 defendant, Rose Marie Segale, that the previously scheduled sentencing date of February 4, 2021, be
21 vacated and the matter set for sentencing on March 18, 2021 at 10:00am.
22    This continuance is requested to allow counsel additional time to provide materials to probation,
23 for defendant to have further diagnostic medical tests and to research several issues in order to address
24 the guideline analysis.   I have contacted Ms. Chernick and Ms. Modica and they have no objection to the
25 additional time needed to finalize this case.  In addition, counsel seeks, if possible, to have the hearing
26 live and not via video-conference or Zoom call.  If that cannot be avoided, there are logistics that need to
27 be resolved with defendant's family to do it via Zoom.
28

In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – March 18, 2021 and Sentencing Memorandums due March 11, 2021. The final PSR has been filed.

Dated: January 28, 2021                                   Respectfully submitted.

    /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Rose Marie Segale

Dated: January 28, 2021                                   Respectfully submitted.

    /s/ Mira Chernick
Mira Chernick
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  February 1, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE