**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for ROSE MARIE SEGALE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   19-CR-00014-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| ) | CONTINUE JUDGEMENT AND SENTENCING |
| v. ) | |
| ROSE MARIE SEGALE, ) | |
| Defendant. ) | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Mira Chernick, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, Rose Marie Segale, that the previously scheduled sentencing date of April 8, 2021, be vacated and the matter set for sentencing on April 22, 2021 at 10:00am.

　　　This continuance is requested to allow counsel additional time to provide materials to probation, for defendant to retrieve records documenting diagnostic tests and to research several issues in order to address the guideline analysis.  I have contacted Ms. Chernick and Ms. Modica and they have no objection to the additional time needed to finalize this case.  In addition, counsel seeks, if possible, to have the hearing live and not via video-conference or Zoom call.  If that cannot be avoided, there are logistics that need to be resolved with defendant's family to do it via Zoom.

In light of the above request the following revised sentencing schedule is requested: Defense counsel will file his sentencing memorandum shortly.

Dated: April 6, 2021                                    Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Rose Marie Segale

Dated: April 6, 2021                                    Respectfully submitted.

   /s/ Mira Chernick
Mira Chernick
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: April 8, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE